UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

UNITED STATES OF AMERICA

    -  v.  -                                       **Order of Continuance**

PUNEET DIKSHIT,                                 **21 Mag. 10772**

                Defendant.

-----------------------------------------------------------

    Upon the application of the United States of America and the affirmation of Joshua A. Naftalis, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged in a complaint, dated November 9, 2021, with violating (a) Title 15, United States Code, Sections 78j(b) and 78ff, Title 15 Code of Federal Regulations, Section 240.10b-5, and Title 18 United States Code, Section 2; and (b) Title 18, United States Code, Sections 1343 and 2, and was arrested on November 10, 2021;

    It is further found that the defendant was presented before U.S. Magistrate Judge Kevin N. Fox on November 10, 2021, and was released on bail;

    It is further found that Steven Sparling and Michael Martinez, Esqs., counsel for the defendant, and Assistant United States Attorneys Joshua A. Naftalis and Matthew Podolsky have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

    It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

1

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is:

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until January 10, 2022, and that a copy of this Order and the affirmation of Assistant United States Attorney Joshua A. Naftalis be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       December 10, 2021

_____
JAMES L. COTT
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
UNITED STATES OF AMERICA

- v. -

PUNEET DIKSHIT,

                          Defendant.
-----------------------------------------------------------

**Affidavit Requesting Order of Continuance**

**21 Mag. 10772**

| | |
|---|---|
| State of New York | ) |
| County of New York | ) ss.: |
| Southern District of New York | ) |

      Joshua A. Naftalis, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury that the following is true and correct:

      1. I am an Assistant United States Attorney in the Office of Audrey Strauss, Acting United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

      2. The defendant was charged in a complaint, dated November 9, 2021, with violating (a) Title 15, United States Code, Sections 78j(b) and 78ff, Title 15 Code of Federal Regulations, Section 240.10b-5, and Title 18 United States Code, Section 2; and (b) Title 18, United States Code, Sections 1343 and 2. The defendant was arrested on November 10, 2021 and presented before U.S. Magistrate Kevin N. Fox on November 10, 2021. The defendant was released on bail.

      3. Steven Sparling and Michael Martinez, Esqs., counsel for the defendant, and Assistant United States Attorney Matthew Podolsky and I have had discussions regarding a possible disposition of this case. The discussions have not been completed and we plan to continue our

discussions, but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on December 10, 2021.

    5.   Therefore, the Government is requesting a 30-day continuance until January 10, 2022, to continue the foregoing discussions. On December 3, 2021, I personally heard from defense counsel, who specifically consented to this request.

    6.   For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
       December 3, 2021

                                          Joshua A. Naftalis
                                          Assistant United States Attorney
                                          (212) 637-2310