# Kramer Levin

Steven Sparling
Partner
T 212.715.7736
F 212.715.8199
ssparling@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

*Memo Endorse*
*2/18/22*
*Granted*
*CM*

February 17, 2022

<u>VIA ECF</u>

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room Courtroom 24A
New York, New York 10007-1312

Re: <u>United States v. Dikshit, 1:21-cr-00760</u>—Bail Modification

Dear Judge McMahon,

We represent Puneet Dikshit in the above-referenced matter. We write to request two modifications of Mr. Dikshit's bail conditions. Mr. Dikshit's bail is secured by a $50,000 bond and his bail conditions limit his travel to the Southern and Eastern Districts of New York. Mr. Dikshit surrendered his passport as required by his bail conditions.

First, we request that Mr. Dikshit be permitted to travel once a week, on Tuesdays or Wednesdays, to pray at a BAPS Shri Swaminarayan Mandir, a Hindu temple located in Windsor, New Jersey. Prior to his arrest, BAPS was Mr. Dikshit's place of worship.

Second, Mr. Dikshit seeks permission to travel to Atlanta, Georgia, from March 12, 2022 to March 26, 2022 to visit his sister and nephews as part of a family vacation. Mr. Dikshit would stay at his sister's residence during the trip.

The government and Pretrial Services have no objections to the requested modifications.

Thank you for your consideration of this request.

Respectfully submitted,

<u>/s/ Steven Sparling</u>
Steven Sparling