

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2022

BY CM/ECF

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Puneet Dikshit*
               21 Cr. 760 (CM)

Dear Judge McMahon:

      The Government writes to provide additional information regarding potential immigration proceedings that the defendant might face following serving his sentence. At the time that Government filed its sentencing submission, it understood that the defendant would consent to a motion for a judicial order of removal. The purpose of this order, which the Government suggested to the defendant, was to seek to avoid deportation proceedings and to help to ensure that the defendant's move back to India following his sentence would proceed smoothly. Today, the defendant advised the Government that he would not consent to such a motion.

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney

                            By:     s/
                                   Joshua A. Naftalis
                                   Matthew Podolsky
                                   Assistant United States Attorneys
                                   (212) 637-2310 / 1947

cc:    Steven S. Sparling, Esq.
        Michael Martinez, Esq.
        Kramer, Levin, Naftalis & Frankel LLP