# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

PUNEET DIKSHIT,

        Defendant.

21 CR 760 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2022

It is hereby ordered that Puneet Dikshit, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on July 11, 2022.

_____  
UNITED STATES DISTRICT JUDGE

4/6/22  
DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____  
(Attorney/Witness)

_____  
(Defendant)

cc: U.S. Marshal, SDNY  
      Probation Dept, SDNY  
      U.S. Attorney, SDNY  
      Pretrial Office, SDNY  
      Defense Counsel