# Kramer Levin



Steven Sparling
Partner
T 212.715.7736
F 212.715.8199
ssparling@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

*MEMO ENDORSED*

4/19/22
OK until me

**April 18, 2022**

VIA ECF

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room Courtroom 24A
New York, New York 10007-1312

Re:     United States v. Dikshit, 1:21-cr-00760—Bail Modification

Dear Judge McMahon,

We write to request a modification of Mr. Dikshit's bail conditions.  Mr. Dikshit's bail is secured by a $50,000 bond and his bail conditions limit his travel to the Southern and Eastern Districts of New York.  On February 18, 2022, the Court granted Mr. Dikshit's request to modify his bail conditions to permit travel to Windsor, New Jersey once a week, on Tuesdays or Wednesdays, to pray at a BAPS Shri Swaminarayan Mandir, a Hindu temple.  Mr. Dikshit surrendered his passport as required by his bail conditions.

Mr. Dikshit's lease on his apartment will expire on April 30, 2022, and he would like to reside at his sister's house in Atlanta, Georgia during the relatively brief period from then until his voluntary surrender date on or before July 11, 2022.  We therefore request that Mr. Dikshit's travel condition limitations be expanded to include the Northern District of Georgia between April 30 and July 11, 2022.  Pretrial Services informed us that Mr. Dikshit's supervision would be transferred to an agent in Georgia during the April 30 to July 11 period, if this request is granted.

The government and Pretrial Services have no objections to the requested modification.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Steven S. Sparling
Steven S. Sparling

CC:     Joshua Naftalis
        Matthew Podolsky

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/22