# Kramer Levin

Steven Sparling
Partner
T 212.715.7736
F 212.715.8199
ssparling@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

MEMO ENDORSED

4/19/22

The Court hereby modifies its recommendation to the BOP regarding place of incarceration: The Court recommends that the defendant be incarcerated at the men's low security facility at the Federal Correctional facility in Danbury, Connecticut.

*[signature: Colleen McMahon]*

April 18, 2022

VIA ECF

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room Courtroom 24A
New York, New York 10007-1312

Re:   United States v. Dikshit, 1:21-cr-00760—Recommended BOP Designation

Dear Judge McMahon,

    We write to request a modification of the Court's recommendation to the Bureau of Prisons concerning his designation for confinement. Upon reflection and after discussing it with his family, Mr. Dikshit respectfully requests that the Court recommend to the Bureau of Prisons that he be designated to serve his sentence at the men's low-security facility at the Federal Correctional Institution in Danbury, Connecticut.

    Thank you for your consideration.

                      Respectfully submitted,

                      /s/ Steven S. Sparling
                      Steven S. Sparling

CC:   Joshua Naftalis
       Matthew Podolsky

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/22