UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    - against -

PUNEET DIKSHIT,

           *Defendant.*

------------------------------------x

Case No. 21 CR 760 (CM)

### DEFENDANT'S MOTION TO EXTEND SURRENDER DATE

Defendant, Puneet Dikshit, pro se, respectfully requests this court to move his surrender date to allow him to help his family move from New York to Atlanta. The defendant's current surrender date is July 11th 2022. The defendant requests the court to move this date by 49 days to to August 29th 2022.

The defendant's family is moving to Atlanta from New York and the defendant is requesting this extension to help his family settle into the new city. The court has already approved the expansion of bail conditions to allow the defendant to live in Atlanta until his surrender.

The defendant will use this extension to help his family find and move into a new apartment, get his children admitted into the local school and daycare, and help them settle into a new city.

The government and pretrial services have no objections to the requested motion.

RESPECTFULLY SUBMITTED,
Puneet Dikshit

CC: Joshua Naftalis
Matthew Podolsky

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2022

*[handwritten: "ok" and signature "Colleen McMahon 6/27/2022"]*

SO ORDERED