UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA,

    - against -

PUNEET DIKSHIT,

        *Defendant.*

-----------------------------------x

Case No. 21 CR 760 (CM)

## DEFENDANT'S MOTION TO EXTEND SURRENDER DATE

Defendant, Puneet Dikshit, pro se, respectfully requests this court to move his surrender date to allow him to meet and spend time with his parents who will be visiting from India. The defendant's current surrender date is August 29th, 2022. The defendant requests the court to move this date by 49 days to October 17th, 2022

The defendant's parents live in India and will be visiting the US in the last week of September. They have been unable to come earlier given the defendant's father's ongoing treatment and state of health. The defendant seeks to meet and spend time with his parents prior to his surrender as he will be unable to meet or talk to them while serving his 24 month sentence. The extension of the surrender date will allow the defendant to do so.

In the event the court approves the extension of the surrender date, the defendant requests that the currently approved travel condition limitations be extended till the requested date of his surrender. These conditions include the Northern District of Georgia and the Southern District of New York, with points in between, as needed for travel between the two districts.

The government and pretrial services have no objections to the requested motion.

RESPECTFULLY SUBMITTED,
Puneet Dikshit

CC: Joshua Naftalis
Matthew Podolsky

MEMO ENDORSED
8/18/22

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/22



Because the Government consents, the court will allow this one last postponement of Mr. Dikshit's surrender date. The new surrender date is October 17, 2022. The date will not be postponed again for any reason. The current travel restrictions are extended through the new surrender date.